Joseph D. Ehle
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-2496

**THE HONORABLE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| MARK STRONG, a single person,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, AIRWAY HEIGHTS CORRECTIONS CENTER, and SUPERINTENDENT JAMES R. KEY,<br><br>                    Defendants. | NO.<br><br>DECLARATION OF JOSEPH EHLE |

Joseph Ehle declares and states as follows:

1. I am the Washington State Assistant Attorney General for Defendants State of Washington, Washington State Department of Corrections, Airway Heights Corrections Center, and James R. Key in the above entitled action, I am a member in good standing of the Washington State Bar Association, and admitted to practice before the United States District Court for the Eastern District of Washington.

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

2. Plaintiff Mark Strong filed the initial complaint on November 16, 2020 in the Spokane County Superior Court of the State of Washington (the "State Court Action") against defendants State of Washington, Washington State Department of Corrections, Airway Heights Corrections Center, and James Key.  The State Court Action was assigned cause number 20-2-03165-32.  The Summons and Complaint were served on the Attorney General's Office in Spokane, Washington on November 17, 2020. *See* attachments to Defendants' Notice of Removal.

3. I filed a Notice of Appearance on behalf of Defendants on November 20, 2020.  *See* attachments to Defendants' Notice of Removal.

4. I have obtained a copy of the Spokane County Superior Court file in Cause No. 20-2-03165-32.  The entire contents of the file is attached to Defendants' Notice of Removal.

5. All Defendants consent to removal of this action in compliance with 28 U.S.C. 1446(b)(2)(A), (C).

I declare under the penalty of perjury under the law of the United States and the State of Washington that the foregoing is true and correct.

DATED this 15th day of December, 2020.

ROBERT W. FERGUSON
Attorney General

_____s/Joseph D. Ehle_____
JOSEPH D. EHLE, WSBA No. 52549
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane, WA 99201
(509) 456-3123
Joseph.Ehle@atg.wa.gov

DECLARATION OF JOSEPH EHLE                2                ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

1

2    I hereby certify that I caused to be electronically filed the foregoing

3 document with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the following:

5           Douglas D. Phelps
            Phelps and Associates, P.S.
6           2903 N. Stout Road
7           Spokane, WA 99206

8    I declare under penalty of perjury under the laws of the United States of

9 America that the foregoing is true and correct.

10    DATED this 15th day of December, 2020.

11                          ROBERT W. FERGUSON
                            Attorney General
12

13                               s/Joseph D. Ehle
                            _____
                            JOSEPH D. EHLE, WSBA No. 52549
14                          Assistant Attorney General
                            Attorneys for Defendant
15                          1116 W. Riverside, Suite 100
                            Spokane, WA 99201
16                          (509) 456-3123
17                          Joseph.Ehle@atg.wa.gov

18

19

20

21

22

23

24

25

26

DECLARATION OF JOSEPH EHLE                3                ATTORNEY GENERAL OF WASHINGTON
                                                                          Torts Division
                                                                  7141 Cleanwater Drive SW
                                                                        PO Box 40126
                                                                  Olympia, WA  98504-0126
                                                                      (360) 586-6300